ACCEPTED
12-15-00169CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 3:59:08 PM
CATHY LUSK
CLERK

# Cope Law Firm

9284 Huntington Square, Suite 100
North Richland Hills, Texas 76182
(817) 498-2300
(877) 993-3529 (toll free)
(817) 581-1500 (facsimile)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/29/2015 3:59:08 PM

CATHY S. LUSK
Clerk

John J. Cope
jcope@copefirm.com

June 26, 2015

*Via E-File*
Clerk of the 12th Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE: Court of Appeals Number: 12-15-00169-CV
Trial Court Case Number: 2012A-0662

Style: *Earl Anderson, Carrie Bell Scott, Sharon Anderson, Evance Anderson, Bill Burton, Willie Mae Anderson, and Jerry J. Anderson (Smith) v. Robert Louis Durham and Frank L. Zellers, III*

## NOTICE OF ADDRESS CHANGE

Please take notice that the address and contact information for John J. Cope attorney for appellee is:

John J. Cope
Cope Law Firm
9284 Huntington Square
Suite 100
North Richland Hills, Texas 76182
Phone: (817) 498-2300
Fax:   (817) 581-1500
Email: jcope@copefirm.com

Please do not hesitate to contact me with any questions or concerns.

Best Regards,

John J. Cope

JJC/am

cc:   Lana Johnson   via e-mail: lfjatty4@att.net